UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 13-61475-Civ.-Scola

---------------------------------------x
645 West. 44th Street Associates, assignee
of Marine Midland Bank, N.A
         Plaintiff,

— against—

Richard F. Koch,
         Defendant.
---------------------------------------x

Plaintiff, by its attorneys, Law Office of Martin Mushkin LLC, and William G. Osborne, P.A. allege:

## THE PARTIES

1. Plaintiff is a general partnership organized in, and with its business in, New York County, New York. It is a citizen of New York. The members of the partnership are listed on Exh. 1 and attested to in Exhibits 2 and 3 hereto. All of the partners are citizens of States other than Florida.

2. Richard F. Koch is a judgment debtor and citizens of the State of Florida with a residence in Pompano Beach, Florida. The name Koch Realty Co. appears on the judgments, Exhibits 4 and 6 attached hereto, which were entered in the judgment roles of the Supreme Court of the State of New York, New York County. Upon information and belief from time to time Defendant Richard F. Koch did business under the name Koch Realty Co. It was not, and is not believed to be, an entity separate from Defendant Richard F. Koch.

3. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. §1332.

1

## SUBSTANTIVE ALLEGATIONS

4. Plaintiff is the assignee of a judgment against, Richard F. Koch entered in the Supreme Court of the State of New York, New York County, in favor of Marine Midland Bank, N.A. in the amount of $3,539,221.94 including interest at the New York statutory annual rate of 9% since entry of the judgment on October 14, 1993, Exh. 4. The judgment was assigned to 645 West 44th Street Associates on February 7, 1995. Exh 5. The judgment was renewed in the sum of $7,318,968.82 by the entry of a judgment on June 4, 2008, Exh. 6.

5. On or about June 15, 2011, an action was brought in the Supreme Court of the State of New York in New York County to enforce the judgments. On or about November 7, 2012, a judgment was entered holding Richard F. Koch, and Helen Elkin in contempt and ordering each of them to turn over to the plaintiff $184,550.95 plus interest costs and attorney's fees. Exh. 6.

6. This action is brought to turn the attached foreign judgments, Exhs. 4 and 6, into a judgment of this court pursuant to 28 USC §1738, so that they may be enforced as a federal judgment in the US District Court for the Southern District of Florida.

### Count I

7. Plaintiff is entitled to the entry of judgment against defendants pursuant to 28 USC §1738 is the sum of $7,318,968.82 plus interest since June 8, 2008, the date the judgment was renewed.

### Count II

8. Plaintiff is entitled to the entry of judgment against the defendants pursuant to 28 USC §1738 is the sum of $184,550.95 plus interest since the judgment was entered, November 7, 2012.

**WHEREFORE** the Plaintiff prays that judgment be entered against Defendants as follows:

2

A.  On Count I in the sum of $7,318,968.82 plus interest since June 8, 2008, the date the judgment was renewed;

B.  On Count II in the sum of $184,550.95 plus interest since the judgment was entered, November 7, 2012.

C.  The Defendants pay attorneys' fees, interest, costs, and penalties to be assessed;

F.  The Court grant such other and further relief as the Court may deem just and proper.

.Dated: July 24, 2013

Respectfully submitted,

William G. Osborne, P.A.
By_____
William G. Osborne
*Attorneys for the Plaintiff*
FL Bar # 273783
1305 East Robinson Street,
Orlando, FL 32801-1996
Tel: (407) 894-1534
Fax: (407) 894-1535
Email: bill@osborneattorneys.com

Law Office of Martin Mushkin, LLC
By_____
Martin Mushkin
*Attorneys for the Plaintiff*
1100 Summer St.
Stamford, CT 06905
Tel: 203-252-2357
Fax: 203-547-7540
Email: mmushkin@mushkinlaw.com

| Partner | MINISTORAGE PROPERTIES, LLC | EDISON DD COMPANY, LLC | EDISON EE, LLC | Mailing Address | State |
|---|---|---|---|---|---|
| Richard Benjamin | | x | | Lincroft, NJ | NJ |
| Betty Castro | | x | | Northport, NY | NY |
| Marilyn Chickey | | x | | North Edison, NJ | NJ |
| Paul Ciesmelewski | | x | | Lincroft, NJ | NJ |
| Gary DeBode | | x | x | Summit, NJ | NJ |
| Michael Fudjinski | | x | x | West Orient, NY | NY |
| Marc Gellman | | x | x | Hoboken, NJ | NJ |
| Margery Gottesman | | x | x | Summit, NJ | NJ |
| Michael Heinz | | x | | Fair Lawn, NJ | NJ |
| Michael Lefkowitz | | x | | Scarsdale, NY | NY |
| Stephen Nisiick | | x | x | Blairstown, NJ | NJ |
| Marek Piekarski | | x | x | Geen Brook, NJ | NJ |
| Douglas Sarini | | x | | Guttenberg, NJ | NJ |
| Debra Santucci | | x | | Kinnelon, NJ | NJ |
| Randy Slaughter | | x | x | Woodbridge, NJ | NJ |
| Blaise Turi | | x | x | Brielle, NJ | NJ |
| Keith Urban | | x | | Hillsborough, NJ | NJ |
| Steven Viglioti | | x | | Andover, NJ | NJ |
| Edison DD Company, LLC | x | | | Newark, NJ | NJ |
| Edison EE, LLC | x | | | Newark, NJ | NJ |
| Abbie Gail Gottesman New Jersey Subtrust | x | | | Newark, NJ | NJ |
| Jane Louise Gottesman New Jersey Subtrust | x | | | Newark, NJ | NJ |
| Margery Sue Gottesman New Jersey Subtrust | x | | | Newark, NJ | NJ |
| Sara Anne Gottesman New Jersey Subtrust | x | | | Newark, NJ | NJ |
| Abbie Gail Gottesman New Jersey Prime Trust No. 1 | | | | Newark, NJ | NJ |
| Jane Louise Gottesman New Jersey Prime Trust No. 1 | | | | Newark, NJ | NJ |
| Margery Sue Gottesman New Jersey Prime Trust No. 1 | | | | Newark, NJ | NJ |
| Sara Anne Gottesman New Jersey Prime Trust No. 1 | | | | Newark, NJ | NJ |
| Jerome W. Gottesman 2012 Family Trust | | | | Newark, NJ | NJ |
| Abbie Gail Greenberg Generation-Skipping Trust | x | | | Newark, NJ | NJ |
| Jane Louise Gottesman Generation-Skipping Trust | x | | | Newark, NJ | NJ |
| Margery Sue Gottesman Generation-Skipping Trust | x | | | Newark, NJ | NJ |
| Sara Anne Gottesman Generation-Skipping Trust | x | | | Newark, NJ | NJ |



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 13-61423-Civ.-Scola

───────────────────────────────x
645 West. 44th Street Associates, assignee
of Marine Midland Bank, N.A
      Plaintiff,

                              Case No. _____

    — against—

Richard F. Koch,
Defendants.
───────────────────────────────x

Jonathan Crate, being duly sworn says:

1. I am a citizen of the State of New Jersey and an administrator of 645 West 44th St. Associates ("the Partnership"). I make this affidavit to set out the facts regarding the citizenship of the members of the partnership. I am fully familiar with the facts stated herein.

2. The Partnership was formed in about 1993 and the interests in the partnership were transferred to its current partners over time. The building at 645 West 44th Street, New York, NY was purchased by the Partnership in about that year when it came on the market due to the foreclosure on its mortgage by the mortgagor, Marine Midland Bank, N.A. The building had been owned by defendant Richard F. Koch. Simultaneously, the Partnership purchased the unsatisfied judgment against Mr. Koch resulting from the foreclosure. Exhibit 4.

3. As of the filing of the complaint in this action the Partnership was owned by 44th Street Ministorage Properties, LLC, which is owned directly or indirectly by the persons on the attached list. Among those people are Edison DD Company LLC and Edison EE, LLC. These three limited liability companies are organized in the State of New York and have



EXHIBIT 2

1

their places of business in New Jersey and New York. The members of those LLCs are listed on the attachment hereto. (Some people are members of more than one of the LLCs.)

3. As of the filing of the complaint in this action, the states of citizenship of the partners listed on the attachment hereto are the addresses which the partners informed the Partnership from time to time they were to receive their Schedule K-1 tax returns sent out annually by the Partnership. Copies of those K-1s are transmitted to the federal Internal Revenue Service and the tax authorities of the states so designated. All the individual partners have designated New York or New Jersey as the addresses for tax purposes. By doing so they have subjected their income from the Partnership as being taxable by those states.

4. All the trusts were established by members of the Gottesman family, the family of one of the two brothers who founded Edison Properties, LLC. The trustee of the trusts is HNB Trust Co., LLC ("HNB"), a Nevada trust company organized in that state in 2004, duly licensed to carry on a trust business by that state since that date, and with offices in Reno, Nevada. As shown by the affidavit of Bart Mowry, Esq. pursuant to Nevada Law, it is a fiduciary with a duty and interest to protect the interests of the beneficiaries of the trust.

_____
Jonathan Crate

Sworn to before me this 23rd day of
July, 2013

_____, Notary Public

GORETTI S. CUNHA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Aug. 6, 2017

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 13-61423-Civ.-Scola

---------------------------------------------------------X
645 West. 44th Street Associates, assignee
of Marine Midland Bank, N.A
      Plaintiff,

                    — against—

Richard F. Koch,
      Defendant.
---------------------------------------------------------X

Case No. _____

G. Barton Mowry, being duly sworn says:

1. I am a citizen of the State of Nevada, and a member of the Bar of that state. I make this affidavit in support of the position of 645 West. 44th Street Associates ("the Partnership"), the plaintiff in this action that there is diversity of citizenship for jurisdictional purposes in this litigation. I am fully familiar with the facts stated herein.

2. Attached hereto is a list of the members of the Partnership. Among those partners are a number of trusts. Our firm is Nevada counsel to those trusts and to HNB Trust Co. LLC ("HNB"), the trustee of all of those trusts. Our firm is also the agent for service of process of HNB.

3. HNB is a Nevada trust company organized in that state in 2004, duly licensed to carry on a trust business by that state since that date, and with offices in Reno, Nevada. Pursuant to Nevada law, it is a fiduciary with a duty and interest to protect the interests of the beneficiaries of any trust of which it is trustee. It has the power as trustee to hold legal title, purchase, sell, retain, and otherwise to dispose of property and to make distributions to the beneficiaries of such trusts in accordance with the dispositive provisions thereof.

EXHIBIT 3

HNB does not have a presence in, or do business in, Florida.

_____
G. Barton Mowry

Sworn to before me this 23 day of July, 2013 by G. Barton Mowry.

_____
Notary Public

EUSTOLIA R. BAKER
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-105111-2 - Expires December 17, 2014

| Partner | MINISTORAGE PROPERTIES, LLC | EDISON DD COMPANY, LLC | EDISON EE, LLC | Mailing Address | State |
|---|---|---|---|---|---|
| Richard Benjamin | | x | | Lincroft, NJ | NJ |
| Betty Castro | | x | | Northport, NY | NY |
| Marilyn Chickey | | x | | North Edison, NJ | NJ |
| Paul Ciesmelewski | | x | | Lincroft, NJ | NJ |
| Gary DeBode | | x | x | Summit, NJ | NJ |
| Michael Fudjinski | | x | x | West Orient, NY | NY |
| Marc Gellman | | x | x | Hoboken, NJ | NJ |
| Margery Gottesman | | x | x | Summit, NJ | NJ |
| Michael Heinz | | x | | Fair Lawn, NJ | NJ |
| Michael Lefkowitz | | x | | Scarsdale, NY | NY |
| Stephen Nisilck | | x | x | Blairstown, NJ | NJ |
| Marek Piekarski | | x | x | Geen Brook, NJ | NJ |
| Douglas Sarini | | x | | Guttenberg, NJ | NJ |
| Debra Santucci | | x | | Kinnelon, NJ | NJ |
| Randy Slaughter | | x | x | Woodbridge, NJ | NJ |
| Blaise Turi | | x | x | Brielle, NJ | NJ |
| Keith Urban | | x | | Hillsborough, NJ | NJ |
| Steven Vigliotti | | x | | Andover, NJ | NJ |
| Edison DD Company, LLC | x | | | Newark, NJ | NJ |
| Edison EE, LLC | x | | | Newark, NJ | NJ |
| Abbie Gail Gottesman New Jersey Subtrust | x | | | Newark, NJ | NJ |
| Jane Louise Gottesman New Jersey Subtrust | x | | | Newark, NJ | NJ |
| Margery Sue Gottesman New Jersey Subtrust | x | | | Newark, NJ | NJ |
| Sara Anne Gottesman New Jersey Subtrust | x | | | Newark, NJ | NJ |
| Abbie Gail Gottesman New Jersey Prime Trust No. 1 | | | | Newark, NJ | NJ |
| Jane Louise Gottesman New Jersey Prime Trust No. 1 | | | | Newark, NJ | NJ |
| Margery Sue Gottesman New Jersey Prime Trust No. 1 | | | | Newark, NJ | NJ |
| Sara Anne Gottesman New Jersey Prime Trust No. 1 | | | | Newark, NJ | NJ |
| Jerome W. Gottesman 2012 Family Trust | | | | Newark, NJ | NJ |
| Abbie Gail Greenberg Generation-Skipping Trust | x | | | Newark, NJ | NJ |
| Jane Louise Gottesman Generation-Skipping Trust | x | | | Newark, NJ | NJ |
| Margery Sue Gottesman Generation-Skipping Trust | x | | | Newark, NJ | NJ |
| Sara Anne Gottesman Generation-Skipping Trust | x | | | Newark, NJ | NJ |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - -x
MARINE MIDLAND BANK, N.A.,

            Plaintiff,

   - against -

RICHARD F. KOCH and
RICHARD F. KOCH d/b/a KOCH REALTY CO.,

           Defendants.
- - - - - - - - - - - - - - - - - -x

JUDGMENT

Index No. 27449/92

IAS Part 14
Justice Altman

    The above-captioned action having been commenced by plaintiff Marine Midland Bank, N.A. against defendants Richard F. Koch and Richard F. Koch d/b/a Koch Realty Co., and the Court having issued an Order dated June 18, 1993 granting plaintiff summary judgment against defendants Richard F. Koch and Richard F. Koch d/b/a Koch Realty Corp., on its first cause of action, jointly and severally, in the amount of $2,798,989.58 plus unpaid interest as prayed for allowable by law as computed by the Clerk, on its second cause of action in the amount of $62,006.90 plus unpaid interest as prayed for allowable by law as computed by the clerk, and granting plaintiff its reasonable attorneys' fees in the amount of $5,414.00, together with costs and disbursements.

    NOW, on motion of Phillips, Lytle, Hitchcock, Blaine & Huber, attorneys for the plaintiff Marine Midland Bank, N.A., it is

17479.1


EXHIBIT 4



~~ADJUDGED that plaintiff Marine Midland Bank, N.A., residing at 140 Broadway, New York, New York, do recover of defendants Richard F. Koch and Richard F. Koch d/b/a Koch Realty Co., both residing at 2243 Halyard Drive, Merrick, New York, on its first cause of action, jointly and severally, the sum of $_____, together with accrued but unpaid interest in the amount of $_____, amounting in all to the sum of $_____, and plaintiff shall have execution therefor; and it is further,~~

ADJUDGED that plaintiff Marine Midland Bank, N.A., residing at 140 Broadway, New York, New York, do recover of defendants Richard F. Koch and Richard F. Koch d/b/a Koch Realty Co., both residing at 2243 Halyard Drive, Merrick, New York, the sum of $2,866,410.48, together with accrued but unpaid interest *and costs and disbursements in the sum of $4...* in the amount of $672,358.46, amounting in all to the sum of $3,539,221.94, and plaintiff shall have execution therefor, ~~and it is further,~~

~~ADJUDGED that plaintiff Marine Midland Bank, N.A., residing at 140 Broadway, New York, New York, do recover of defendants Richard F. Koch and Richard F. Koch d/b/a Koch Realty Co., both residing at 2243 Halyard Drive, Merrick, New York, jointly and severally, its reasonable attorneys' fees in the amount of $_____, and plaintiff shall have execution therefor, and it is further~~

17479.1

2

ADJUDGED that plaintiff Marine Midland Bank, N.A., residing at 140 Broadway, New York, New York, do recover of defendants Richard F. Koch and Richard F. Koch d/b/a Koch Realty Co., jointly and severally, costs and disbursements as taxed in the amount of $_____, and plaintiff shall have execution therefor.

Judgment signed this 14TH day of October, 1993.

Hon. Norman Goodman
County Clerk
New York County

FILED
OCT 14 1993
N.Y. CO. CLK'S OFFICE

17479.1

3

Exhibit A

```
USER:    TWERNHAM COUNTY CLERKS OFFICE   NEW YORK      DATE:   12/06/2007
TERM:    PE76      JUDGMENT DOCKET AND LIEN BOOK SYSTEM    TIME:   11:15:32
                          REMARKS UPDATE                   LAST PAGE: 0001
BOOK TYPE: 01                                    CONTROL NUMBER: 000591681 - 03

DATE                              REMARKS
02151995  JUDGEMENT ASSIGNED TO 645 WEST 44TH ST ASSOCIATES, A NEW YORK GENERAL
02151995  PARTNERSHIP; ADDRESS-100 WASHINGTON ST. NEWARK, NEW JERSEY.
```

---

PRESS: PF1- HELP, PF2- RETURN, PF7- SCR UP, PF8- SCR DOWN, ENTER- APPLY UPDATES

**EXHIBIT 5**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

MARINE MIDLAND BANK, N.A.,

              Plaintiff,

- against -

RICHARD F. KOCH and
RICHARD F. KOCH d/b/a KOCH REALTY CO.,

             Defendants.

- - - - - - - - - - - - - - - - - - - x

ASSIGNMENT OF JUDGMENT

Index No.

IAS Part

Justice A

    KNOW THAT, MARINE MIDLAND BANK, a bank organized under the laws of the State of New York and successor by conversion to Marine Midland Bank, N.A. with offices at 140 Broadway, New York, New York 10005-1180 ("Marine"), in consideration of Ten Dollars ($10.00), and other good and valuable consideration paid by 645 West 44th Street Associates, a New York general partnership, with offices at 100 Washington Street, Newark, New Jersey ("Assignee"), hereby assigns unto Assignee any and all of Marine's right, title and interest in and to that certain judgment signed and entered in New York County on October 14, 1993 in the action entitled <u>Marine Midland Bank, N.A. v. Richard F. Koch and Richard F. Koch d/b/a Koch Realty Co.</u> (Index No. 27449/92).

    TO HAVE AND TO HOLD the same unto Assignee and its successors and assigns forever.

503.217
FSI/SYS:\DOCS\RJC\OC4)507.01

This Assignment is made without any representation or warranty whatsoever by Marine and upon the express condition, understanding and agreement that this Assignment is made without recourse to Marine, its successors or assigns, for any cause whatsoever by Assignee or by any successor to the interest of Assignee in said action, document or matter assigned hereby.

IN WITNESS WHEREOF, Marine and Assignee have duly executed this Assignment as of the 21st day of September, 1994.

MARINE MIDLAND BANK

By: _____
Richard J. Werner
Vice President

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

On the 7th day of February, 1995, before me personally came Richard J. Werner to me known, or satisfactorily proved to be the person whose name is subscribed to the within instrument, who being by me duly sworn, did depose and say that he resides at 140 Broadway, New York, New York, that he is a Vice President of MARINE MIDLAND BANK, the bank described in and which executed the above instrument; and that he is duly authorized to sign his name thereto by authority of said bank.

                                              _____
                                              Notary Public

CAROLE CLINTON
Notary Public, State of New York
No. 02CL7727043
Qualified in Ulster County
Commission Expires June 30, 1996

903.217
FS1/SYS1\DOCS\RJC\0033107.01

3



# The People of the State of New York:
BY THE GRACE OF GOD FREE AND INDEPENDENT

*To all to whom these presents shall come or may concern, GREETING:*

**Know Ye,** That we having examined the records and files in the office of the Clerk of the County of New York and Clerk of the Supreme Court of said State for said County, do find a certain  JUDGMENT

there remaining, in the words and figures following, to wit:

EXHIBIT
6

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------X

645 West 44th Street Associates, as          **JUDGMENT**
assignee of Marine Midland Bank, N.A

        Plaintiff,                        Index: 113873/2007

      — against—

Richard F. Koch and Richard F. Koch
d/b/a Koch Realty Co.

        Defendants.
--------------------------------------X

    The issues in this action having been duly heard before Hon. Judith J. Gische, J.S.C. in Motion Part at the Courthouse at 60 Centre St., New York, N.Y. on December 20, 2007, and the plaintiff having appeared by his attorney, Law Office of Martin Mushkin, LLC (by Martin Mushkin), and the defendant having defaulted, and ~~an opinion~~ decision and order of the Court having been filed on February 7, 2008, granting summary judgment in lieu of complaint in favor of the plaintiff, in the total amount of $3,539,221.94, plus interest on $2,866,410.48 at the annual rate of 9% since entry of the original judgment on October 14, 1993 and the plaintiff's costs and disbursements having been duly taxed by the clerk in the sum of $ __56.36__ .

    Now, on motion of Martin Mushkin of Law Office of Martin Mushkin, LLC it is ~~ORDERED~~ ADJUDGED ~~AND DECREED~~ that the plaintiff 645 West 44th Street Associates, as assignee of Marine Midland Bank, N.A., recover of defendants Richard F. Koch and Richard F. Koch d/b/a Koch Realty Co., the sum of $3,539,221.94, plus interest on $2,866,410.48 at the annual rate of 9% since entry of the original judgment on October 14, 1993 in the sum of $3,979,185.52 plus the plaintiff's costs and disbursements having been

C:\MM matters 30\Nislick\3213(1)\judgment 03-11-08.doc                        1

duly taxed by the clerk in the sum of $ 561.36, making in all the sum, of $7,318,968.82, and that the plaintiff have execution therefor.

Judgment signed ~~March~~ June 4th, 2008.

_____
Clerk

FILED
JUN 0 4 2008
COUNTY CLERK'S OFFICE
NEW YORK

6/4/2008

...we have caused by these presents to be exemplified and the Seal of our said County and Supreme Court to be hereunto affixed.

Witness, Hon. JOHN E.H. STACKHOUSE a Justice of the Supreme Court of the State of New York for the County of New York, the 10TH day of JUNE in the year of our Lord two thousand and EIGHT, and of our independence the two hundred and THIRTY-FIRST

Norman Goodman
County Clerk and Clerk of the
Supreme Court, New York County

I, JOHN E.H. STACKHOUSE a Justice of the Supreme Court of the State of New York for the County of New York, the same being a Court of Record, do hereby certify that the foregoing attestation is in due and proper form and by the proper officer.

Dated, New York, JUN 30 2008 2008

Justice of the Supreme Court
of the State of New York.

State of New York,
County of New York, } ss.:

I, NORMAN GOODMAN, County Clerk and Clerk of the Supreme Court of the State of New York, County of New York, do hereby certify that Hon. JOHN E.H. STACKHOUSE whose name is subscribed to the preceding certificate is a Justice of the Supreme Court of said State in and for the County of New York, duly elected and qualified, and that the signature of said Justice to said certificate is genuine.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said County and Court this day of 20  .

Norman Goodman
County Clerk and Clerk of the
Supreme Court, New York County.

No. F 14585