UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 13-61475-Civ.-Scola

---------------------------------------------------X
645 West. 44th Street Associates, assignee
of Marine Midland Bank, N.A
        Plaintiff,

— against—

Richard F. Koch,
        Defendant.
---------------------------------------------------X

**Plaintiff's Memorandum of Law Regarding Diversity Jurisdiction**

Plaintiff files this memorandum of law in regard to how trusts are dealt with in regard to diversity jurisdiction.

The Court will see that there are a number of trusts which are members of the Plaintiff partnership. As the affidavits filed as part of the complaint show, the trustee of these trusts is a licensed Nevada trust company, HNB Trust Company LLC "HNB"). In *Navarro Sav. Ass'n v. Lee*, 446 U.S. 458 (1980) the court established that if a trust was established for legitimate reasons dehors the litigation, held legal title to assets, and had the powers usually held to buy, sell and otherwise deal with assets, it was to be considered to be a person for purposes of determining complete diversity rather than looking to the underlying beneficiaries.

In *Andrews v. Modell*, 636 F.Supp.2d 213, 220 (SDNY 2008), the court looked to the citizenship of the trustee to determine whether there was complete diversity. In that case the trust had purchased an agreement pursuant to which, it was claimed, the deceased husband of the seller was to receive a finder's fee. The court found that the trust was a legitimate trust which had been set up for reasons other than to destroy federal jurisdiction. It had the power "to hold,

1

manage, and dispose of assets for the benefit of others", to hold legal title to the assets, and exercise the other powers normally associated with a true trust. *Ibid.*

As shown by the affidavit of G. Barton Mowry, Esq. HNB is vested with those powers and is a true trustee whose citizenship is the citizenship to be considered on the diversity question. See also *Grede v. Bank of New York Mellon*, 598 F.3d 899 (CA 7th, 2010). In addition, for purposes of belts and suspenders, in Exh. 1 we have shown the citizenship of the trusts which HNB administers which have an interest in this litigation. They are all citizens of a state other than Florida.

## CONCLUSION

The Plaintiff has shown that there is complete diversity and the Court should allow the complaint to be filed, a summons issued and the case move forward.

Respectfully submitted,

William G. Osborne, P.A.
By _/s/ William G. Osborne_
William G. Osborne
*Attorneys for the Plaintiff*
FL Bar # 273783
1305 East Robinson Street,
Orlando, FL 32801-1996
Tel: (407) 894-1534
Fax: (407) 894-1535
Email: bill@osborneattorneys.com

Law Office of Martin Mushkin, LLC
By _/s/ Martin Mushkin_
Martin Mushkin
*Attorneys for the Plaintiff*
1100 Summer St.
Stamford, CT 06905
Tel: 203-252-2357
Fax: 203-547-7540
Email: mmushkin@mushkinlaw.com

2